No. 81–1192.　GLENDALE FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* FOX ET AL.　C. A. 9th Cir.　Certiorari denied.

No. 81–1290.　SCANLON, SECRETARY OF EDUCATION OF PENNSYLVANIA, ET AL. *v.* TOKARCIK ET AL.　C. A. 3d Cir. Certiorari denied.

No. 81–1503.　CALIFORNIA *v.* GLENDALE FEDERAL SAVINGS & LOAN ASSN. ET AL.　Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–1744.　FEDERAL HOME LOAN BANK BOARD *v.* GULF FEDERAL SAVINGS & LOAN ASSOCIATION OF JEFFERSON PARISH.　C. A. 11th Cir.　Certiorari denied.

No. 81–361.　BRAMKAMP ET AL. *v.* PUERTO RICO EX REL. BAREZ, SECRETARY OF LABOR AND HUMAN RESOURCES. C. A. 2d Cir.　Certiorari denied.　JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 81–465.　PORTER ET AL. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir.　Certiorari denied.　JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 81–1047.　UNITED STATES *v.* SHER.　C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.　Certiorari denied.

No. 81–1692.　ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* VON BURLESON.　C. A. 5th Cir.　Motion of respondent for leave to proceed *in forma pauperis* granted.　Certiorari denied.